NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-10051 |
| Plaintiff-Appellee, | D.C. No. 1:12-cr-00113-LJO-SKO-1 |
| v. | |
| BRIAN GOODMAN, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, District Judge, Presiding

Submitted September 8, 2020[**]

Before: TASHIMA, SILVERMAN, and OWENS, Circuit Judges.

Brian Goodman appeals from the district court's judgment and challenges

the revocation of supervised release and resulting 24-month sentence. Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Goodman's counsel has filed a brief

stating that there are no grounds for relief, along with a motion to withdraw as

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel of record. We have provided Goodman the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**